United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-11476-ref
Dale Keith Stokes                                                        Chapter 13
Julia Marie Stokes
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Jul 15, 2016
                              Form ID: 138NEW         Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
```
db/jdb         +Dale Keith Stokes,    Julia Marie Stokes,    417 Golden Drive,    Blandon, PA 19510-9654
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12730501        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12675628       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12675629      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
12675630       +Bank Of America,    301 Rockerimmon Blvd,    Colorado Springs, CO 80919-2303
12688285       +Bank Of America, N.A., as Servicer,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
12675631       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12734260       +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corp.,    20750 Ventura Blvd,Suite 100,
                 Woodland Hills, Ca 91364-6207
12741407        Bank of America, N.A.,    c/o PROBER & RAPHAEL,    ATTORNEYS FOR SECURED CREDITOR,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
12815753       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market St., Ste 5000,
                 Phila. PA 19106-1541
12675632      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
12815971        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13524325       +Carrington Mortgage Services,    1610 E St. Andrew Place #B150,    Santa Ana, CA 92705-4931
13524695       +Carrington Mortgage Services,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,
                 King of Prussia, PA 19406-4702
13552165       +Carrington Mortgage Services, LLC,    Bankruptcy Department,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
12675633       +Cbalv/allentown Munici,    1325 Oxford Dr,    Allentown, PA 18103-9652
12675634       +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12675635       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12675636       +Chase-pier1,    P.o. Box 15298,    Wilmington, DE 19850-5298
12675637       +Citibank,    Po Box 22828,    Rochester, NY 14692-2828
12681528       +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
                 701 E 60th Street North,    Sioux Falls, SD 57104-0432
12675639       +Discovery Federal Cr U,    2744 Century Blvd,    Wyomissing, PA 19610-3345
12675640       +Fashion Bug,    Po Box 84073,    Columbus, GA 31908-4073
12675641       +First Usa Bank N A,    3565 Piedmont Rd Ne,    Atlanta, GA 30305-8202
12675646       +Gtwy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12675647       +Hb Fsb,    Po Box 8633,    Elmhurst, IL 60126-8633
12675649       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12675650       +Hsbc/elder,    Po Box 15221,    Wilmington, DE 19850-5221
12675651       +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
12675652       +Hsbc/rs,    Po Box 5253,    Carol Stream, IL 60197-5253
12703619        KNBT,    P.O. Box 547,    Boyertown, PA 19512-0547
12675655       +National Penn Bank,    236 Brodhead Road,    Bethlehem PA 18017-8937
12711153       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12675656       +Pnc Bank Na,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
12675657       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12675658       +Sovereign Bank,    865 Brook St,    Rocky Hill, CT 06067-3444
12675659       +Student Loan Corp,    701 E 60th St N,    Sioux Falls, SD 57104-0432
12675660       +Td Rcs/b Moss,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
12675661       +Uac/sst,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
12675662       +Union Accept,    250 N Shadeland A,    Indianapolis, IN 46219-4959
12675663       +Wffinaccpt,    Po Box 10475,    Des Moines, IA 50306-0475
12675664       +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Jul 16 2016 01:45:05     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 01:43:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2016 01:45:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12687083        E-mail/Text: mrdiscen@discover.com Jul 16 2016 01:43:18     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12675638       +E-mail/Text: mrdiscen@discover.com Jul 16 2016 01:43:18     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12921671       +E-mail/Text: DSLBKYPRO@discover.com Jul 16 2016 01:45:21     Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                  Date Rcvd: Jul 15, 2016
                              Form ID: 138NEW         Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12709028        E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 01:47:31      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12675642        E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 01:47:42      Gecrb/jcp,    Po Box 984100,
                 El Paso, TX   79998
12675643       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 01:47:42      Gecrb/lowbrc,    Po Box 956005,
                 Orlando, FL 32896-0001
12675644       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 01:47:42      Gecrb/sams Club,    Po Box 981400,
                 El Paso, TX 79998-1400
12675645       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 01:47:55      Gecrb/smrtcn,    Po Box 965005,
                 Orlando, FL 32896-5005
12675648       +E-mail/Text: bankruptcy@hccredit.com Jul 16 2016 01:47:06      Hc Processing Center,
                 203 E Emma Ave Ste A,    Springdale, AR 72764-4625
12675653       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2016 01:43:21      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
12675654       +E-mail/Text: bankruptcy@fult.com Jul 16 2016 01:47:06      Lafayette Ambassador B,
                 Po Box 25091,    Lehigh Valley, PA 18002-5091
12708993       +E-mail/Text: bncmail@w-legal.com Jul 16 2016 01:45:05      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12731161        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:47:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12708825        E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 01:47:33
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank Of America, N.A., as Servicer
cr*            +Discover Student Loans,   PO Box 30925,   Salt Lake City, UT 84130-0925
cr*             GE Capital Retail Bank,   c/o Recovery Management Systems Corporat,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
12730502*       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12924640*      +Discover Student Loans,   PO Box 30925,   Salt Lake City, UT 84130-0925
12924661*      +Discover Student Loans,   PO Box 30925,   Salt Lake City, UT 84130-0925
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bank Of America, N.A., as Servicer  ,   ecfmail@mwc-law.com
          DAVID W. TIDD    on behalf of Joint Debtor Julia Marie Stokes bankruptcy@davidtiddlaw.com
          DAVID W. TIDD    on behalf of Debtor Dale Keith Stokes bankruptcy@davidtiddlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JEFFREY T GROSSMAN    on behalf of Creditor    Bank of America, N.A. jgrossman@grossmanfirm.com,
           jottinger@grossmanfirm.com;jschwartz@grossmanfirm.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A., et al
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LEEANE O. HUGGINS    on behalf of Creditor    Carrington Mortgage Services pabk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS A. LEE, III    on behalf of Creditor    Capital One NA notices@becket-lee.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Dale Keith Stokes and Julia Marie Stokes

   Debtor(s)            Bankruptcy No: 12−11476−ref

                      Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

   400 Washington Street
   Suite 300
   Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 7/15/16